FILED
CLERK, U.S. DISTRICT COURT

APR 1 2 2012

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Corey James  DEFENDANT(S). | CASE NUMBER ED12MJ112-3 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __4-16-12__, _____, at __2:00__ ☐a.m. / ☒p.m. before the Honorable OSWALD PARADA, in Courtroom __3__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
    (Other custodial officer)

Dated: __4-12-12__                            _____
                                              U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                 Page 1 of 1